**THIS ORDER IS SIGNED AND ENTERED.**



Dated: April 09, 2010

_____
**Hon. Robert D. Martin
United States Bankruptcy Judge**

```
            UNITED STATES BANKRUPTCY COURT
            WESTERN DISTRICT OF WISCONSIN
------------------------------------------------------------
In Re: Gonzalez Soria, Jose L. and Claudia Espinoza Campa

                                    Case No.  3-10-11442-rdm
                                    Chapter   7
            Debtors.
------------------------------------------------------------
     Kondaur Capital Corporation

                    Plaintiff,
vs.

     Jose L. Gonzalez Soria and Claudia Espinoza Campa
     and Robert T. Kasdorf, Trustee,

                    Defendants.
------------------------------------------------------------
        ORDER GRANTING RELIEF FROM STAY AND ABANDONMENT
------------------------------------------------------------
```

Plaintiff, having served a Motion for Relief from Automatic Stay and Abandonment, and the debtors having failed to timely file an Objection or Request for Hearing with the Court, as required by the Notice of Motion for Relief from Automatic Stay and Abandonment, as shown by the annexed Affidavit of Default, and the Court being duly and sufficiently advised in the premises,

IT IS ORDERED that the stay imposed pursuant to 11 U.S.C. 362 of the Bankruptcy Code be, and the same is hereby, terminated to permit plaintiff to foreclose the real estate mortgage on the debtors' property located at 1317 Sherman Ave; Madison, Wisconsin.

IT IS FURTHER ORDERED that this Order shall not be stayed after entry pursuant to Rule 4001(a)(3), and plaintiff may immediately enforce this Order Granting Relief from Stay and Abandonment.

IT IS FURTHER ORDERED that, with respect to the motion for abandonment, abandonment of the estate's interest in the property will occur upon the earlier of the trustee's filing a no asset report or the entry of an order confirming the sheriff's sale in the movant's state court foreclosure action.

#####